**UNITED STATES of America, Plaintiff–Appellee**

v.

**Shirlonda BOZEMAN, Defendant–Appellant.**

**No. 11–10490.**

United States Court of Appeals, Fifth Circuit.

Feb. 9, 2012.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jerry Van Beard, Esq., Assistant Federal Public Defender, Camille M. Knight, Kevin Joel Page, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before JOLLY, HIGGINBOTHAM, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

After reviewing the facts and the record, and after reviewing the applicable law, and

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

after hearing the arguments of counsel, we are fully satisfied that the district court acted reasonably and lawfully in finding the appellant in contempt under 18 U.S.C. § 401(1) for her conduct during the sentencing hearing of Brandon Bozeman on March 9, 2011. Consequently, we affirm the district court's judgment of criminal contempt. We also affirm the district court's sentence, except with respect to incarceration of the appellant for thirty days, which we set aside and vacate. In all other respects, the judgment of the district court is affirmed.

AFFIRMED IN PART, VACATED IN PART.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.